James ROWE, Plaintiff—Appellant,

v.

J.C. COLLINS; Commonwealth Attorney; Newport News City District Judge, Defendants—Appellees.

No. 06–7576.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 18, 2007.

Decided: Jan. 23, 2007.

James Rowe, Appellant Pro Se.

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Rowe appeals the district court's order denying reconsideration of its order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice to his right to pursue an action through habeas corpus. We have reviewed the record and find no reversible error. Accordingly, we deny Rowe's motions for appointment of counsel and for release, and we affirm for the reasons stated by the district court. *See Rowe v. Collins,* No. 2:06–cv–00204–JBF (E.D.Va. Aug. 25, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*